B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In re  Bradley R. Beuch                     ,           Case No.  4:16-bk-15843

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| US Bank Trust National Association as Trustee of Cabana Series III Trust | Chalet Properties III, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  BSI Financial Services
  1425 Greenway Drive, #400
  Irving, TX 75038

Phone: _____
Last Four Digits of Acct #: ____0172____

Court Claim # (if known): ____5-1____
Amount of Claim: ____$81,953.19____
Date Claim Filed: ____02/17/2017____

Phone: __972.347.4350__
Last Four Digits of Acct. #: ____0172____

Name and Address where transferee payments should be sent (if different from above):
  BSI Financial Services, Attn: Payment Processing Department
  314 S. Franklin Street, 2nd Floor
  Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #: ____0172____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ D. Anthony Sottile__          Date: __07/09/2020__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.